# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD S. EMRIT,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 19cv31-LAB (AGS)<br><br>**ORDER OF DISMISSAL** |

On January 11, 2019, the Court ordered Plaintiff Ronald Emrit to show cause by January 25, 2019 why this case should not be dismissed without prejudice for improper venue. Dkt. 3. January 25 has come and gone, but Emrit has not responded.[1] Accordingly, for the reasons set forth in the Court's Order to Show Cause, this case is **DISMISSED WITHOUT PREJUDICE** for improper venue. Emrit may refile his case in a district where venue is proper. Emrit's Motion to Proceed IFP is **DENIED WITHOUT PREJUDICE AS MOOT**. Dkt. 2. The clerk is directed to close the case

**IT IS SO ORDERED**.

Dated: January 30, 2019

　　　　　　　　　　　　　　　　　*/s/ Larry A. Burns*
　　　　　　　　　　　　　　　　　**Hon. Larry Alan Burns**
　　　　　　　　　　　　　　　　　Chief United States District Judge

---

[1] The clerk attempted to serve Emrit via mail with a copy of the Court's order to show cause, but the address provided by Emrit appears to be inaccurate because that mail was returned as undeliverable. Dkt. 4.